APPEAL FEE REQUEST

## 05-15-01512-CV



JOHN F. WARREN
COUNTY CLERK
GEORGE ALLEN BUILDING
CIVIL PROCESS
600 COMMERCE ST., SUITE 101
DALLAS, TEXAS 75202-3504
214 653-7596

RECEIVED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/14/2015 11:41:33 AM
LISA MATZ
Clerk

December 14, 2015

Richard Mann
18601 LBJ Freeway
Suite 525
Mesquite, Texas 75150

In Re:  CC-13-05584-A JUSTINE INGELS vs. DIANE R. EARNEST

Mr. Mann:

In accordance with Rule 51, of the Texas Rules of Court, the Clerk's Record in the above referenced case has been prepared and ready for delivery to the Fifth Supreme Judicial District Court of Appeals for the State of Texas.

A copy of the Index and Cost Bill of the Record is enclosed for your reference and a copy of the Index has been mailed to the opposing counsel.

The fee for preparing the Original Clerk's Record is $60.00 (Sixty dollars & 00/100). Please make check payable to John F. Warren, County Clerk, promptly. Once the fees have been received, the Record will be delivered to the Court of Appeals.

Thank You,

*Alina Espinoza*

Alina Espinoza, Deputy Clerk

Cc:     Carlos A. Balido
        10440 N. Central Expwy
        Meadow Park Tower
        Suite 1500
        Dallas, Texas 75231

Cc:     Fifth District Court of Appeals
        600Commerce, 2nd Floor
        Dallas, Texas 75202